UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| In Re: | * |
| **Dwight & Tamara Sam** | * |
| | Case No. 24-12833 |
| | -* |
| Debtors | Chapter 13 |

### RESPONSE TO TRUSTEE'S MOTION TO DISMISS

Dwight & Tamara Sam, Debtors, by and through undersigned counsel hereby responds to the Motion to dismiss and states as follows:

1. That Debtors provided their 2022 federal and state tax returns to the trustee prior to the 341 hearing.

2. That based on some of the Trustees observations Debtors reached out to an accountant and had their 2022 returns amended. At that same time the accountant prepared their 2023 Federal and state tax returns.

3. That all returns have been properly filed with the taxing authorities and the same uploaded to the Chapter 13 Trustee though his secure portal.

4. That although there was a slight delay in filing the 2023 returns there is no harm to creditors, and it is in the best interest of Debtors and creditors to allow this case to proceed forward to confirmation.

**WHEREFORE**, the Debtors, by counsel, respectfully requests that this honorable court Deny Trustee's Motion or in the alternative set hold a hearing.

Date: October 22, 2024                    / Respectfully submitted,

                                          /s/ Jeffrey M. Sirody
                                           Jeffrey M. Sirody, Esquire (#11715)
                                          Jeffrey M. Sirody & Associates
                                          1777 Reisterstown Road, Suite 360 EAST
                                          Pikesville, MD 21208
                                          410-415-0445
                                          smeyers@sirody.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 22, 2024, a copy of the foregoing was sent via:


**Timothy Branigan, Chapter 13 Trustee**
**Via ECF**


                                          /s/ David L. Ruben
                                          David L. Ruben, Esquire (#10477)