United States Bankruptcy Court

District of Maryland

In re:                                                                                                          Case No. 24-12833-MCR

Dwayne D. Sam                                                                                          Chapter 13

Tamara E. Sam

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0416-0                                        User: admin                                        Page 1 of 7

Date Rcvd: Jan 27, 2026                                Form ID: ntcdsm                                Total Noticed: 127

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Dwayne D. Sam, Tamara E. Sam, 13608 Greens Discovery Ct., Bowie, MD 20720-4897 |
| cr | + | Arundel Federal Savings Bank, 2661 Riva Rd., 2nd Floor, Annapolis, MD 21401-7353 |
| cr | + | Bank of America, N. A., BWW Law Group, LLC, 6003 Executive Blvd., Suite 101, Rockville, MD 20852-3813 |
| cr | + | FairwooD Community Association Inc., Pickett Law LLC, 264 Merrimac Court, P.O. Box 590, Prince Frederick, MD 20678-0590 |
| cr | + | U.S. Bank National Association c/o U.S. Bank Nati, U.S. Bank National Association, 14841 Dallas Parkway, Suite 350, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254 UNITED STATES 75254-7685 |
| cr | + | Wells Fargo Bank, N.A., dba Wells Fargo Auto, Brock & Scott, PLLC, 3825 Forrestgate Dr., Suite 150 Winston-Salem, NC 27103-2930 |
| 32508124 | + | Arundel Federal Savings Bank, 655 Crain Hwy., S., Glen Burnie, MD 21061-3856 |
| 32508131 | | Capital on Tap, We Work, INVALID ADDRESS PROVIDED |
| 32569303 | + | Christopher T. Staiti, Esq., Staiti Law Firm, Inc. 1111 Benfield Blvd, Millersville, MD 21108-3002 |
| 32508147 | + | DriveEzMD, PO Box 5060, Middle River, MD 21220-0060 |
| 32508150 | + | Fairwood Community Association, c/o Pickett Law LLC, 264 Merrimac Court, PO Box 590, Prince Frederick, MD 20678-0590 |
| 32508166 | + | Longstone Utilities, LLC, 2600 Longstone Lane, Suite 201, Marriottsville, MD 21104-1529 |
| 32567476 | | M&T BANK, PO Box 1508, Buffalo, NY 14240 |
| 32508180 | + | Pickett Law, 264 Merrimac Ct., PO Box 590, Prince Frederick, MD 20678-0590 |
| 32508182 | + | Prince George's County Treasurer, 1301 McCormick Dr., Ste. 1100, Upper Marlboro, MD 20774-5416 |
| 32508183 | + | Regus Management Group, 15305 Dallas Parkway, Suite 400, Addison, TX 75001-6922 |
| 32508192 | | Td Retail Card Services, Ms Bt Pob 9475, Minneapolis, MN 55440 |
| 32508193 | + | Three Seas, inc., 2901 Chestnut Ave., Baltimore, MD 21211-2749 |
| 32508194 | + | Trinity Monitoring, PO Box 222790, Chantilly, VA 20153-2790 |
| 32508197 | | Volvocarrtl, Volvo Car Financial Services, Mobile, AL 36691 |
| 32508200 | + | Wilmington Trust, 1100 N. Market St., Wilmington, DE 19890-0001 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: cmecf@chapter13maryland.com | Jan 27 2026 19:27:00 | Timothy P. Branigan, 9891 Broken Land Parkway, Suite 301, Columbia, MD 21046-3002 |
| cr | + | Email/Text: bkfilings@zwickerpc.com | Jan 27 2026 19:29:00 | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 27 2026 19:35:06 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | + | EDI: LCITDAUTO | Jan 28 2026 00:17:00 | TD Bank, N.A., successor in interest to TD Auto Finance, Evans Petree PC, c/o Jacob Zweig, Esq, 1715 Aaron Brenner Drive, Suite 800, Memphis, TN 38120-1445 |
| cr | + | EDI: AIS.COM | Jan 28 2026 00:18:00 | Velocity Investments, LLC, by AIS InfoSource, LP as Agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | | EDI: WFFC | | |

District/off: 0416-0       User: admin       Page 2 of 7

Date Rcvd: Jan 27, 2026       Form ID: ntcdsm       Total Noticed: 127

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 28 2026 00:18:00 | Wells Fargo Bank, N.A., dba Wells Fargo Auto, PO Box 51963, Los Angeles, CA 90051-6263 |
| cr | + | EDI: WFAUTO | Jan 28 2026 00:17:00 | Wells Fargo Bank, N.A., dba Wells Fargo Auto, P.O. Box 130000, Raleigh, NC 27605-1000 |
| 32508123 | | Email/Text: bankruptcies@arsigroup.com | Jan 27 2026 19:28:00 | ARSI, 555 St. Charles Dr., Ste. 100, Thousand Oaks, CA 91360 |
| 32508122 | ^ | MEBN | Jan 27 2026 19:23:03 | ARM Solutions, PO Box 2929, Camarillo, CA 93011-2929 |
| 32508117 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 27 2026 19:35:07 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 32516396 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 27 2026 19:35:06 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 32586061 | + | EDI: MAXMSAIDV | Jan 28 2026 00:17:00 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 32508118 | ^ | MEBN | Jan 27 2026 19:23:17 | Alliance One, 3043 Walton Rd., Ste. 201, Plymouth Meeting, PA 19462-2389 |
| 32508119 | ^ | MEBN | Jan 27 2026 19:23:17 | AllianceOne Rec. Mngmt., 3043 Walton Rd., Ste. 201, Plymouth Meeting, PA 19462-2389 |
| 32508120 | ^ | MEBN | Jan 27 2026 19:22:57 | American Coradius International, LLC, 2420 Sweet Home Road, Suite 150, Buffalo, NY 14228-2244 |
| 32542024 | | Email/PDF: bncnotices@becket-lee.com | Jan 27 2026 19:35:10 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 32520859 | + | Email/Text: bkfilings@zwickerpc.com | Jan 27 2026 19:29:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 32508121 | + | Email/PDF: bncnotices@becket-lee.com | Jan 27 2026 19:35:05 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 32508129 | | Email/Text: bankruptcy@bhg-inc.com | Jan 27 2026 19:27:00 | Bankers Healthcare Group, LLC, 201 Solar Street, Syracuse, NY 13204 |
| 32508125 | + | EDI: BANKAMER | Jan 28 2026 00:17:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 32508128 | | EDI: BANKAMER | Jan 28 2026 00:17:00 | Bank of America, PO Box 45224, Jacksonville, FL 32232-5224 |
| 32508126 | | EDI: BANKAMER | Jan 28 2026 00:17:00 | Bank of America, PO Box 5270, Carol Stream, IL 60197-5270 |
| 32508127 | + | EDI: BANKAMER2 | Jan 28 2026 00:17:00 | Bank of America, PO Box 790087, Saint Louis, MO 63179-0087 |
| 32517057 | | EDI: BANKAMER | Jan 28 2026 00:17:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 32568146 | | EDI: BANKAMER | Jan 28 2026 00:17:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 32516995 | + | Email/Text: bankruptcy@pnfp.com | Jan 27 2026 19:29:00 | Banker's Healthcare Group c/o Pinnacle Bank, 21 Platform Way S, Ste 2300, Nashville, TN 37203-7878 |
| 32508133 | | Email/Text: BKnotifications@ccmr3.com | Jan 27 2026 19:28:00 | CCMR3, 318 S. Clinton St., Ste. 400, Syracuse, NY 13202-1127 |
| 32508139 | ^ | MEBN | Jan 27 2026 19:23:27 | CJC Law Office, 201 Solar St., Attn: Christopher J. Cali, Esq., Syracuse, NY 13204-1425 |
| 32508186 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jan 27 2026 19:27:00 | State of Maryland, Comptroller of the Treasury, 301 W. Preston Street, Room 410, Baltimore, MD |

District/off: 0416-0        User: admin        Page 3 of 7

Date Rcvd: Jan 27, 2026        Form ID: ntcdsm        Total Noticed: 127

| ID | Notice method | Date/Time | Recipient |
|---|---|---|---|
| | | | 21201 |
| 32633729 | Email/Text: Bankruptcymail@marylandtaxes.gov | Jan 27 2026 19:27:00 | Comptroller of Maryland, 7 St. Paul Street, Suite 230, Baltimore, MD 21202-1636 |
| 32508141 | Email/Text: Bankruptcymail@marylandtaxes.gov | Jan 27 2026 19:27:00 | Comptroller of Maryland, Revenue Admins Division, 110 Carroll St., Annapolis, MD 21411 |
| 32508750 | Email/Text: Bankruptcymail@marylandtaxes.gov | Jan 27 2026 19:27:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 32508143 | Email/Text: vbacchas@crossriverbank.com | Jan 27 2026 19:28:00 | Cross River Bank, 400 Kelby St. Ste. 14, Fort Lee, NJ 07024 |
| 32508130 | + Email/Text: caineweiner@ebn.phinsolutions.com | Jan 27 2026 19:28:07 | Caine & Weiner, 12005 Ford Rd., Ste. 300, Dallas, TX 75234-7262 |
| 32508132 | + EDI: CAPITALONE.COM | Jan 28 2026 00:17:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 32540465 | + EDI: AIS.COM | Jan 28 2026 00:18:00 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 32508134 | + EDI: JPMORGANCHASE | Jan 28 2026 00:17:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 32508135 | + EDI: CITICORP | Jan 28 2026 00:17:00 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 32508137 | EDI: CITICORP | Jan 28 2026 00:17:00 | Citibank, PO Box 8107, South Hackensack, NJ 07606-8107 |
| 32508136 | + EDI: CITICORP | Jan 28 2026 00:17:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 32508138 | + EDI: CITICORP | Jan 28 2026 00:17:00 | Citibank/Sears, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 32508140 | + EDI: WFNNB.COM | Jan 28 2026 00:17:00 | Comenity Bank/Restoration Hardware, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 32563476 | + Email/Text: kmulligan@credibly.com | Jan 27 2026 19:29:00 | Credibly of Arizona LLC, 1501 W Fountainhead Pkwy. Ste 630, Tempe, AZ 85282-1857 |
| 32508142 | + Email/Text: kmulligan@credibly.com | Jan 27 2026 19:29:00 | Credibly of Arizona, LLC, 1501 W. Fountainhead Pkwy., #630, Tempe, AZ 85282-1857 |
| 32508146 | Email/PDF: DellBKNotifications@resurgent.com | Jan 27 2026 19:34:59 | Dell Financial Services, Attn: Bankruptcy, P.O. Box 81577, Austin, TX 78708 |
| 32508145 | + Email/Text: bankruptcy@dedicatedgbc.com | Jan 27 2026 19:28:00 | Dedicated Financial GBC, 4000 Lexington Ave. North, Ste. 125, Saint Paul, MN 55126-3153 |
| 32508162 | + EDI: IRS.COM | Jan 28 2026 00:17:00 | Department of Treasury - Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 32508149 | ^ MEBN | Jan 27 2026 19:23:31 | EZ Pass, 1200 Frankfurst Ave., Curtis Bay, MD 21226-1048 |
| 32508152 | Email/Text: BankruptcyNotices@firsttechfed.com | Jan 27 2026 19:27:00 | First Tech FCU, Attn: Bankruptcy, Po Box 2100, Beaverton, OR 97075 |
| 32513698 | Email/Text: BankruptcyNotices@firsttechfed.com | Jan 27 2026 19:27:00 | First Tech Federal Credit Union, Attn: SAM Bankruptcy, P.O. Box 2100, Beaverton, OR 97075 |
| 32508153 | + Email/Text: EBNBKNOT@ford.com | Jan 27 2026 19:29:00 | Ford Motor Cedit, PO Box 62000, Colorado Springs, CO 80962-2000 |
| 32508155 | Email/Text: EBNBKNOT@ford.com | Jan 27 2026 19:29:00 | Ford Motor Credit, PO Box 31111, Tampa, FL |

| | | | |
|---|---|---|---|
| | | | 33631-3111 |
| 32508154 | + Email/Text: EBNBKNOT@ford.com | Jan 27 2026 19:29:00 | Ford Motor Credit, 1335 S. Clearview Drive, Mesa, AZ 85209-3376 |
| 32508156 | Email/Text: EBNBKNOT@ford.com | Jan 27 2026 19:29:00 | Ford Motor Credit Co., PO Box 650574, Dallas, TX 75265-0574 |
| 32508157 | + Email/Text: bankruptcyalerts@forwardfinancing.com | Jan 27 2026 19:27:00 | Forward Financing, 53 State St., 20th Flr., Boston, MA 02109-2820 |
| 32566436 | + Email/Text: bankruptcyalerts@forwardfinancing.com | Jan 27 2026 19:27:00 | Forward Financing LLC, 53 State Street, 20th Floor, Boston, MA 02109-2820 |
| 32508158 | Email/Text: GCSBankruptcy@gcserv.com | Jan 27 2026 19:27:00 | GC Services Limited Partnership, 6330 Gulfton, Houston, TX 77081 |
| 32508159 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 27 2026 19:28:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 32525009 | + EDI: AIS.COM | Jan 28 2026 00:18:00 | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 32568467 | Email/Text: sb_jira_integration@happymoney.com | Jan 27 2026 19:27:00 | Happy Money, 21515 Hawthorne Blvd Suite 200, Torrance, CA 90503 |
| 32508160 | ^ MEBN | Jan 27 2026 19:23:24 | Happy Money, Attn: Bankruptcy, 21512 Hawthorne Blvd, Ste 200, Torrence, CA 90503 |
| 32537729 | + Email/Text: RASEBN@raslg.com | Jan 27 2026 19:27:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 32508163 | + Email/Text: cs.bankruptcy@jmcbiz.com | Jan 27 2026 19:29:00 | Joseph, Mann & Creed, 8948 Canyon Falls Blvd., Ste. 200, Twinsburg, OH 44087-1900 |
| 32554500 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 27 2026 19:35:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 32508164 | ^ MEBN | Jan 27 2026 19:23:05 | Levy & Associates LLC, P.O.Box 182423, Columbus, OH 43218-2423 |
| 32508165 | + Email/Text: bankruptcy@bbandt.com | Jan 27 2026 19:28:00 | Lightstream/Truist, Attn: Bankruptcy, Po Box 117320, Atlanta, GA 30368-7320 |
| 32508167 | Email/Text: camanagement@mtb.com | Jan 27 2026 19:28:00 | M & T Bank, PO Box 62014, Baltimore, MD 21264-2182 |
| 32508171 | Email/Text: mdtaoag@mdta.state.md.us | Jan 27 2026 19:28:00 | MDOT, PO Box 12853, Philadelphia, PA 19176-0853 |
| 32508170 | Email/Text: mdtaoag@mdta.state.md.us | Jan 27 2026 19:28:00 | MDOT, PO Box 17600, Baltimore, MD 21297-7600 |
| 32508172 | Email/Text: mvabankruptcynotices@mdot.maryland.gov | Jan 27 2026 19:28:00 | MVA, 6601 Ritchie Hwy NE, Glen Burnie, MD 21062 |
| 32508168 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 27 2026 19:28:00 | Marcus by Goldman Sachs, Attn: Bankruptcy, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 32508169 | + Email/Text: bankruptcy@marinerfinance.com | Jan 27 2026 19:28:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 32554588 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 27 2026 19:28:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 32681598 | Email/PDF: Bankruptcy_Prod@mohela.com | Jan 27 2026 19:35:12 | NAVIENT CFC, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 32508173 | ^ MEBN | Jan 27 2026 19:23:22 | National Enterprise Systems, 2479 Edison Blvd, #A, Twinsburg, OH 44087-2476 |
| 32508174 | + EDI: MAXMSAIDV | Jan 28 2026 00:17:00 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes |

Barre, PA 18773-9635

| | | | |
|---|---|---|---|
| 32508175 | + Email/Text: ECMCBKNotices@ecmc.org | Jan 27 2026 19:28:00 | Navient Solutions, LLC, Educational Credit Management Corp., PO Box 16408, Saint Paul, MN 55116-0408 |
| 32508177 | + EDI: AGFINANCE.COM | Jan 28 2026 00:17:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 32508181 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 27 2026 19:27:00 | PNC Financial Services, Attn: Bankruptcy, 300 Fifth Ave, Pittsburgh, PA 15222 |
| 32508178 | EDI: SYNC | Jan 28 2026 00:17:00 | Pay Pal, PO Box 960080, Orlando, FL 32896-0080 |
| 32508179 | + Email/Text: bkrgeneric@penfed.org | Jan 27 2026 19:27:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, 2930 Eisenhower Avenue, Alexandria, VA 22314-4557 |
| 32508751 | + Email/Text: bdept@mrrlaw.net | Jan 27 2026 19:27:00 | Prince George's County, Maryland, Office of Finance, 1301 McCormick Drive, Ste. 1100, Largo, MD 20774-5416 |
| 32508187 | Email/Text: ccubankruptcy.notices@maryland.gov | Jan 27 2026 19:28:00 | State of Maryland, Central Collection Unit, 300 W. Preston St., Rm. 407, Baltimore, MD 21201 |
| 32526557 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 27 2026 19:35:06 | Sofi Alternative Trust Csmr Loan Program 2021-3, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 32508185 | + Email/PDF: SoFiBKNotifications@resurgent.com | Jan 27 2026 19:34:59 | Sofi Lending Corp., Attn: Bankruptcy, Po Box 1022, Chesterfield, MO 63006-1022 |
| 32508752 | + Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Jan 27 2026 19:29:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 32508189 | + EDI: SYNC | Jan 28 2026 00:17:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 32562129 | Email/Text: bncmail@w-legal.com | Jan 27 2026 19:28:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 32517344 | + EDI: LCITDAUTO | Jan 28 2026 00:17:00 | TD Bank, N.A., Evans Petree PC, 1715 Aaron Brenner Drive, Suite 800, Memphis, TN 38120-1445 |
| 32508190 | + EDI: WTRRNBANK.COM | Jan 28 2026 00:17:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 32508191 | + EDI: LCITDAUTO | Jan 28 2026 00:17:00 | Td Auto Finance, Attn: Bankruptcy, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 32523226 | + Email/Text: bankruptcy@bbandt.com | Jan 27 2026 19:28:00 | Truist Bank, Attn: Support Services, PO Box 85092, Richmond, VA 23285-5092 |
| 32555054 | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Jan 27 2026 19:28:00 | U.S. Bank National Association, Bankruptcy Department, 2800 Tamarack Road, Owensboro, Kentucky 42301 |
| 32531743 | EDI: USBANKARS.COM | Jan 28 2026 00:18:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 32508195 | + EDI: USBANKARS.COM | Jan 28 2026 00:18:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 32508196 | Email/Text: bknotice@upgrade.com | Jan 27 2026 19:27:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 32508148 | EDI: USBANKARS.COM | Jan 28 2026 00:18:00 | Elan Financial Services, 9321 Olive Blvd., Saint Louis, MO 63132 |
| 32681597 | Email/PDF: Bankruptcy_Prod@mohela.com | Jan 27 2026 19:35:05 | VL FUNDING, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 32888608 | + EDI: AIS.COM | | |

District/off: 0416-0  User: admin  Page 6 of 7
Date Rcvd: Jan 27, 2026  Form ID: ntcdsm  Total Noticed: 127

| | | | |
|---|---|---|---|
| | | Jan 28 2026 00:18:00 | Velocity Investments, LLC by AIS InfoSource, LP as, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 32560747 | + EDI: AIS.COM | | |
| | | Jan 28 2026 00:18:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 32529602 | + Email/Text: BKRMailOps@weltman.com | | |
| | | Jan 27 2026 19:28:00 | Volvo Car Financial Services LLC, c/o Weltman, Weinberg & Reis Co LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 32513609 | + EDI: WFFC2 | | |
| | | Jan 28 2026 00:17:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 32508198 | + EDI: WFHOME | | |
| | | Jan 28 2026 00:17:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 32545393 | EDI: WFCCSBK | | |
| | | Jan 28 2026 00:17:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 32508199 | + EDI: WFAUTO | | |
| | | Jan 28 2026 00:17:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |
| 32508201 | + Email/Text: bkfilings@zwickerpc.com | | |
| | | Jan 27 2026 19:29:00 | Zwicker & Associates PC, 6 Montogmery Vill., Ste. 505, Gaithersburg, MD 20879-3596 |

TOTAL: 106

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 32508144 | | Dason Properties, LLC, INVALID ADDRESS PROVIDED |
| 32508151 | | First Tech Fcu |
| 32508176 | | New Wave Card/webbank/ |
| 32508184 | | Sandy Spring Bank, INVALID ADDRESS PROVIDED |
| 32508188 | | Syncb/walmart Dc |
| cr | *+ | Banker's Healthcare Group c/o Pinnacle Bank, 21 Platform Way S, Ste. 2300, Nashville, TN 37203-7878 |
| 32508161 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 32831649 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 32967697 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 5 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2026  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2026 at the address(es) listed below:

District/off: 0416-0

Date Rcvd: Jan 27, 2026

User: admin

Form ID: ntcdsm

Page 7 of 7

Total Noticed: 127

| Name | Email Address |
|---|---|
| Alyson L Wyman | awyman@pickettlaw.net |
| Andrew Leonard Spivack | andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Chris Staiti | cstaiti@staitilaw.com |
| Christine Maggard | christine.maggard@brockandscott.com  wbecf@brockandscott.com |
| Gregory Christopher Mullen | bankruptcy@bww-law.com  gregory.c.mullen@gmail.com |
| Jacob Christian Zweig | jzweig@evanspetree.com  crecord@evanspetree.com |
| Jeffrey M. Sirody | nicole@sirody.com  smeyers5@hotmail.com,sirodyjr47896@notify.bestcase.com |
| Ryan Srnik | rsrnik@lojto.com  postlegal@johnorcutt.com |
| Timothy P. Branigan | cmecf@chapter13maryland.com |

TOTAL: 9

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **24–12833 – MCR**    Chapter: **13**

**Dwayne D. Sam and**
**Tamara E. Sam**
Debtors

## NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case  was entered on 1/27/26.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 1/27/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, Laurie Arter
301–344–3327

Form ntcdsm